JUDGE LYNCH

08 CV 6378

353-08/PJG/PLS
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Gina M. Venezia (GV 1551)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

BRIARWOOD CORPORATION,

                         Plaintiff,

   - against –

GERMAN LINES LTD., ATLANTIS MARITIME
S.A., and ANNAKI CORPORATION, and
MICHAEL MAILLIS and DIANA SUDACOVA, as
individuals,

                         Defendants.
-----------------------------------------------------------------x

08-CV

RECEIVED JUL 16 2008
U.S.D.C. S.D.N.Y.
CASHIERS

**RULE 7.1 STATEMENT**

The Plaintiff BRIARWOOD CORPORATION by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel certifies that Plaintiff is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
        July 16, 2008

                                    FREEHILL HOGAN & MAHAR, LLP
                                    Attorneys for Plaintiff

                      By: _____
                              Peter J. Gutowski (PG 2200)
                              Pamela L. Schultz (PS 8675)
                              80 Pine Street
                              New York, NY 10005
                              Telephone: (212) 425-1900
                              Fax: (212) 425-1901

NYDOCS1/308748.1